KELLEY DRYE & WARREN LLP
Sarah L. Reid (SR-4603)
David E. Retter (DR-4014)
Damon W. Suden (DS-8384)
Jennifer A. Christian (JC-7305)
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

HSBC BANK USA, N.A.,
AS SUCCESSOR INDENTURE TRUSTEE FOR THE
6% AND 4.75% CONTINGENT CONVERTIBLE NOTEHOLDERS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **CALPINE CORPORATION,** *et al.*, | Case No. 05-60200 (BRL) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEAL

HSBC Bank USA, N.A. ("HSBC"), as successor indenture trustee on behalf of the holders of the 6.00% Contingent Convertible Notes due 2014 (the "6% Contingent Convertible Notes") and the 4.75% Contingent Convertible Notes due 2023 (the "4.75% Contingent Convertible Notes") issued by Calpine Corporation ("Calpine," and together with the above-captioned debtors and debtors-in-possession, the "Debtors") hereby appeals under 28 U.S.C. § 158(a) and pursuant to Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, to the United States District Court for the Southern District of New York from the Order Granting Debtors' Limited Objection to Convertible Noteholder Claim Nos. 2404, 2821, 2823, 6247, 6249, 6280, 6299 and 6300 (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York (Hon. Burton R. Lifland) on August 10, 2007 [Docket No. 5595].

The names of the parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys, are each as follows:

**Debtors:**
Attorneys:
Richard M. Cieri, Esq.
Marc Kieselstein, Esq.
Edward O. Sassower, Esq.
Kirkland & Ellis LLP
153 E. 53rd Street
New York, New York 10022
Telephone: (212) 446-4800

**HSBC Bank USA, N.A., as Successor Indenture Trustee for the 6% Contingent Convertible Notes and the 4.75% Contingent Convertible Notes:**
Attorneys:
Sarah L. Reid, Esq.
David E. Retter, Esq.
Damon W. Suden, Esq.
Jennifer A. Christian, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

**Certain 6% Contingent Convertible Noteholders:**
Attorneys:
Dennis F. Dunne, Esq.
Matthew S. Barr, Esq.
Milbank Tweed Hadley & McCloy
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

**Manufacturers & Traders Trust Company, as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes:**
Attorneys:
Ian S. Fredricks, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- 3 -

**Certain 7.75% Contingent Convertible Noteholders:**
    Attorneys:
        Kristopher M. Hansen, Esq.
        Erez E. Gilad, Esq.
        Stroock & Stroock & Lavan LLP
        180 Maiden Lane
        New York, New York 10038
        Telephone: (212) 806-5400
        Facsimile: (212) 806-6006

**Official Committee of Unsecured Creditors:**
    Attorneys:
        Michael S. Stamer, Esq.
        Lisa G. Beckerman, Esq.
        Philip C. Dublin, Esq.
        Akin Gump Strauss Hauer & Field LLP
        590 Madison Avenue
        New York, New York 10002
        Telephone: (212) 872-1000
        Facsimile: (212) 872-1002

[Remainder of Page Intentionally Left Blank]

- 4 -

**Official Committee of Equity Security Holders:**
    Attorneys:
        Brad E. Scheler, Esq.
        Gary Kaplan, Esq.
        Fried Frank Harris Shriver & Jacobson LLP
        One New York Plaza
        New York, New York 10004
        Telephone: (212) 859-8000
        Facsimile: (212) 859-4000

**Date:** **New York, New York**
      **August 15, 2007**

KELLEY DRYE & WARREN LLP

 /s/ Jennifer A. Christian

Sarah L. Reid (SR-4603)
David E. Retter (DR-4014)
Damon W. Suden (DS-8384)
Jennifer A. Christian (JC-7305)
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

HSBC BANK USA, N.A., AS
SUCCESSOR INDENTURE TRUSTEE
FOR THE 6% AND 4.75% CONTINGENT
CONVERTIBLE NOTEHOLDERS

- 4 -