**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                                        :
                                                                                   : Chapter 11
CALPINE CORPORATION, et al.,                               : Case No. 05-60200 (BRL)
                                                                                   :
                                              Debtors.            :
-------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                                      :
AURELIUS CAPITAL MANAGEMENT, LP,      :
DRAWBRIDGE SPECIAL OPPORTUNITIES    :
ADVISORS LLC, ORE HILL HUB FUND LTD.,  :
NISSWA MASTER FUND LTD., PINES EDGE   :
VALUE INVESTORS LTD., PINES EDGE           :
VALUE INVESTORS L.P., SILVER SANDS       : Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.           :
AND 3V CAPITAL MANAGEMENT, LLC           :
                                                                                   :
                                      Appellants,                 :
                                                                                   :
                    -against-                                                :
                                                                                   :
CALPINE CORPORATION AND ITS                     :
AFFILIATED DEBTORS AND DEBTORS              :
IN POSSESSION, OFFICIAL COMMITTEE          :
OF UNSECURED CREDITORS OF                       :
CALPINE CORPORATION, OFFICIAL               :
COMMITTEE OF EQUITY SECURITY               :
HOLDERS,                                                                :
                                                                                   :
                                      Appellees.                  :
-------------------------------------------------------------x

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
In re:                                         :
                                               :  Chapter 11
CALPINE CORPORATION, et al.,                   :  Case No. 05-60200 (BRL)
                                               :
                    Debtors.                   :
-------------------------------------------------------------x
BRENCOURT CREDIT OPPORTUNITIES                 :
MASTER, LTD., BRENCOURT MULTI-                 :
STRATEGY ENHANCED DEDICATED                    :
FUND, LP, DILLON READ U.S. FINANCE             :
L.P., DILLON READ FINANCIAL PRODUCTS           :
TRADING LTD., LINDEN CAPITAL L.P.              :
AND ORE HILL HUB FUND, LTD.                    :  Civil Case No. 07-07831 (JGK)
                                               :
                    Appellants,                :
                                               :
          -against-                            :
                                               :
CALPINE CORPORATION AND ITS                    :
AFFILIATED DEBTORS AND DEBTORS IN              :
POSSESSION, OFFICIAL COMMITTEE OF              :
UNSECURED CREDITORS OF CALPINE                 :
CORPORATION, OFFICIAL COMMITTEE                :
OF EQUITY SECURITY HOLDERS,                    :
                                               :
                    Appellees.                 :
-------------------------------------------------------------x
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re:                                              :
                                                    :  Chapter 11
CALPINE CORPORATION, et al.,                        :  Case No. 05-60200 (BRL)
                                                    :
                                                    :
                Debtors.                            :
------------------------------------------------------------x
HSBC BANK USA, N.A., AS INDENTURE                   :
TRUSTEE FOR THE 6% CONVERTIBLE                      :
NOTES DUE 2014                                      :
AND THE 4.75% CONTINGENT                            :  Civil Case No. 07-07832 (JGK)
CONVERTIBLE NOTES DUE 2023                          :
                                                    :
                Appellants,                         :
                                                    :
        -against-                                   :
                                                    :
CALPINE CORPORATION AND ITS                         :
AFFILIATED DEBTORS AND DEBTORS                      :
IN POSSESSION, OFFICIAL COMMITTEE                   :
OF UNSECURED CREDITORS OF                           :
CALPINE CORPORATION, OFFICIAL                       :
COMMITTEE OF EQUITY SECURITY                        :
HOLDERS,                                            :
                                                    :
                Appellees.                          :
------------------------------------------------------------x
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | : |
|  | : Chapter 11 |
| CALPINE CORPORATION, et al., | : Case No. 05-60200 (BRL) |
|  | : |
| Debtors. | : |
| MANUFACTURERS & TRADERS TRUST AS TRUSTEE FOR THE 7.75% CONVERTIBLE NOTES DUE 2015 | : : : Civil Case No. 07-07867 (JGK) |
|  | : |
| Appellants, | : |
|  | : |
| -against- | : |
|  | : |
| CALPINE CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, | : |
|  | : |
| Appellees. | : |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 24, 2007, I sent a true and correct copy of the foregoing: **Brief of Debtors-Appellees,** to the following counsel of record by electronic mail.

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Michael Stamer, Esq.<br>Philip C. Dublin, Esq.<br>Abid Qureshi, Esq.<br>Lisa Beckerman, Esq.<br>Shaya Rochester, Esq.<br>590 Madison Avenue<br>New York, NY 10022-2524<br>mstamer@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>lbeckerman@akingump.com<br>srochester@akingump.com<br>Counsel for the Official Committee of Unsecured Creditors | KELLEY DRYE & WARREN LLP<br>Sarah L. Reid, Esq.<br>David E. Retter, Esq.<br>Damon W. Suden, Esq.<br>Jennifer A. Christian, Esq.<br>101 Park Avenue<br>New York, NY 10178<br>dretter@kelleydrye.com<br>sreid@kelleydrye.com<br>dsuden@kelleydrye.com<br>jchristian@kelleydrye.com<br>Counsel to HSBC Bank USA, N.A., as Indenture Trustee |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>Gary L. Kaplan, Esq.<br>Michael de Leeuw, Esq.<br>Adrian Feldman, Esq.<br>One New York Plaza<br>New York, NY 10004<br>gary.kaplan@friedfrank.com<br>michael.deleeuw@friedfrank.com<br>feldmad@friedfrank.com<br>Counsel for the Official Committee of Equity Security Holders | MILBANK TWEED HADLEY & MCCLOY LLP<br>Dennis F. Dunne, Esq.<br>Matthew S. Barr, Esq.<br>Andrew M. Leblanc<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>ddunne@milbank.com<br>mbarr@milbank.com<br>aleblanc@milbank.com<br>Counsel to Certain Holders of 6% Convertible Notes |
| STROOCK & STROOCK & LAVAN LLP<br>Kristopher M. Hansen, Esq.<br>Erez E. Gilad, Esq.<br>180 Maiden Lane<br>New York, NY 10038<br>khansen@stroock.com | STUTMAN, TREISTER & GLATT, P.C.<br>Isaac M. Pachulski, Esq.<br>Eric D. Winston, Esq.<br>Whitman L. Holt, Esq.<br>ipachulski@stutman.com<br>ewinston@stutman.com |

K&E 12110917.1

| | |
|---|---|
| egilad@stroock.com<br>Counsel to Certain Holders of 7.75% Convertible Notes | wholt@stutman.com<br>1901 Avenue of the Stars, 19th Floor<br>Los Angeles, CA  90067<br>Counsel to Certain Holders of 6% Convertible Notes |
| YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Ian S. Fredericks, Esq.<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>ifredericks@ycst.com<br>Counsel to Manufacturers & Traders Trust Company, as Indenture Trustee | UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK<br>Paul Schwartzberg, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>paul.schwartzberg@usdoj.gov |

Dated: September 24, 2007
         New York, New York

       /s/ M. Catherine Peshkin
M. Catherine Peshkin (MP 5400)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

K&E 12110917.1