UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                       : Chapter 11

CALPINE CORPORATION, ET AL.,                                 : Case No. 05-60200 (BRL)

                            Debtors.   : (Jointly Administered)
------------------------------------------------------------x

ARISTEIA CAPITAL, L.L.C., AURELIUS CAPITAL
MANAGEMENT, LP, DRAWBRIDGE SPECIAL
OPPORTUNITIES ADVISORS LLC, ORE HILL HUB         : Civil Case No. 1:07-cv-07830
FUND LTD., NISSWA MASTER FUND LTD., PINES        : (JGK)
EDGE VALUE INVESTORS LTD., PINES EDGE
VALUE INVESTORS L.P., SILVER SANDS FUND
LLC, STARK MASTER FUND LTD. AND 3V
CAPITAL MANAGEMENT, LLC,

                            Appellants,

                - against -

CALPINE CORPORATION AND ITS AFFILIATED
DEBTORS AND DEBTORS IN POSSESSION,
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF CALPINE CORPORATION,
OFFICIAL COMMITTEE OF EQUITY SECURITY
HOLDERS,

                            Appellees.
------------------------------------------------------------x

BRENCOURT CREDIT OPPORTUNITIES MASTER,
LTD., BRENCOURT MULTI-STRATEGY ENHANCED
DEDICATED FUND, LP, DILLON READ U.S.              : Civil Case No. 1:07-cv-07831
FINANCE L.P., DILLON READ FINANCIAL              : (JGK)
PRODUCTS TRADING LTD., LINDEN CAPITAL L.P.
AND ORE HILL HUB FUND, LTD.,

                            Appellants,

                - against -

CALPINE CORPORATION AND ITS AFFILIATED
DEBTORS AND DEBTORS IN POSSESSION,
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF CALPINE CORPORATION,
OFFICIAL COMMITTEE OF EQUITY SECURITY
HOLDERS ,

                            Appellees.
------------------------------------------------------------x

| | |
|---|---|
| HSBC BANK USA, N.A., AS SUCCESSOR INDENTURE TRUSTEE FOR THE 6% CONTINGENT CONVERTIBLE NOTES DUE 2014 AND THE 4.75% CONTINGENT CONVERTIBLE NOTES DUE 2023,<br><br>　　　　　　　　　　Appellant,<br><br>　　　　- against -<br><br>CALPINE CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS,<br><br>　　　　　　　　　　Appellees. | Civil Case No. 1:07-cv-07832 (JGK) |

------------------------------------------------x

| | |
|---|---|
| MANUFACTURERS & TRADERS TRUST COMPANY, AS SUCCESSOR INDENTURE TRUSTEE FOR THE 7.75% CONVERTIBLE, NOTES,<br><br>　　　　　　　　　　Appellant,<br><br>　　　　- against -<br><br>CALPINE CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS,<br><br>　　　　　　　　　　Appellees. | Civil Case No. 1:07-cv-07867 (JGK) |

------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Marianne Mortimer, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on September 24, 2007, I caused to be served by Federal Express delivery the Opposition Brief of the Official Committee of Equity Security Holders upon the parties listed on the attached service list.

Dated:  New York, New York
          September 25, 2007

_____
Marianne Mortimer

## Service List

Richard M. Cieri  
KIRKLAND & ELLIS LLP  
Citigroup Center  
153 East 53rd Street  
New York, NY 10022-4611  
(212) 446-4800

Counsel for Calpine Corporation, et al. (Debtors)

Michael S. Stamer  
AKIN GUMP STRAUSS HAUER  
 & FELD LLP  
590 Madison Avenue  
New York, New York 10022  
Tel: (212) 872-1000

Counsel for Official Committee of Unsecured Creditors of the Debtors

| | |
|---|---|
| Dennis F. Dunne<br>MILBANK, TWEED, HADLEY &<br>    MCCLOY LLC<br>One Chase Manhattan Plaza<br>New York, New York  10005<br>Tel: (212) 530-5000<br>Fax: (212) 530-5219<br>                and | Attorneys for Aristeia Capital, L.L.C.,<br>Aurelius Capital Management, LP,<br>Drawbridge Special Opportunities<br>Advisors LLC, Ore Hill Hub Fund<br>Ltd., Nisswa Master Fund Ltd., Pines<br>Edge Value Investors Ltd., Pines Edge<br>Value Investors L.P., Siler Sands Fund<br>LLC, Stark Master Fund Ltd. And 3V<br>Capital Management, LLC |
| Isaac M. Pachulski<br>STUTMAN, TREISTER & GLATT, P.C<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California  90067<br>Tel: (310) 228-5600<br>Fax: (310) 228-5788 | |
| Kristopher M. Hansen<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, New York  10038<br>Tel: (212) 806-5400<br>Fax: (212) 806-6006 | Attorneys for each of Brencourt Credit<br>Opportunities Master, Ltd., Brencourt<br>Multi-Strategy Enhanced Dedicated<br>Fund, LP, Dillon Read U.S. Finance<br>L.P., Dillon Read Financial Products<br>Trading Ltd., Linden Capital L.P., and<br>Ore Hill Hub Fund, Ltd. |

| | |
|---|---|
| Sarah L. Reid<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, New York  10178<br>Tel: (212) 808-7800<br>Fax: (212) 808-7897 | HSBC Bank USA, N.A., as successors indenture trustee for the 6% and 4.75% contingent convertible noteholders |
| Pauline K. Morgan<br>YOUNG CONAWAY STARGATT &<br>   TAYLOR, LLC<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253 | Attorneys for Manufactures & Traders Trust Company, as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation |
| Paul Kenan Schwartzberg<br>OFFICE OF THE UNITED STATES<br>   TRUSTEE<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004 | Office of the United States Trustee |

598016