UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: <br><br> CALPINE CORPORATION, *et al.* <br><br> Debtors. | x <br> : <br> : <br> : <br> : <br> : <br> x |  |
| HSBC BANK USA, N.A., AS INDENTURE TRUSTEE FOR THE 6% CONVERTIBLE NOTES DUE 2014 AND THE 4.75% CONVERTIBLE NOTES DUE 2023, <br><br> Plaintiffs, <br><br> - against - <br><br> CALPINE CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, <br><br> Defendants. | x <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> x | Civil Case No. 07-7832 (JGK) |

**NOTICE OF APPEAL TO THE**
**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

HSBC Bank USA, N.A., as Indenture Trustee for the 6% Convertible Notes Due 2014 and the 4.75% Convertible Notes Due 2023 ("HSBC"), by and through its attorney Kelley, Drye & Warren, LLP, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment of the United Sates District Court for the Southern District of New York (the "District Court"), entered in this case on the 21st day of November, 2007 (the "District Court Order"), which affirmed the United States

Bankruptcy Court for the Southern District of New York's Order Granting Debtors' Limited Objection to Convertible Noteholder Claim Nos. 2404, 2821, 2823, 6247, 6249, 6280, 6299, and 6300, entered on August 10, 2007 (Docket No. 5595) (the "Bankruptcy Order") as to the final disallowance of the Conversion Right Claims (as defined in the District Court Order). Both the District Court Order and the Bankruptcy Court Order are attached hereto as Exhibits A and B, respectively.

The names of all the parties to the District Court Order appealed from and the names and addresses of their respective attorneys are as follows:

## PLAINTIFF

- **HSBC Bank USA, N.A., as Indenture Trustee**

    KELLEY DRYE & WARREN LLP
    101 Park Avenue
    New York, NY 10178
    Telephone:   (212) 808-7800
    Facsimile:   (212) 808-7897
    Sarah L. Reid
    David E. Retter
    Damon W. Suden
    Jennifer A. Christian

## DEFENDANTS

- **Calpine Corporation and its affiliated debtors and debtors in possession**

    KIRKLAND & ELLIS
    Citigroup Center
    153 East 53rd Street
    New York, NY 10022-4611
    Telephone:   (212) 446-4800
    Facsimile:   (212) 446-4900
    Richard M. Cieri
    Marc Kieselstein
    David R. Seligman
    Edward O. Sassower
    Stephen E. Hessler

2

- **Official Committee of Unsecured Creditors of Calpine Corporation, <u>et al</u>**

    AKIN GUMP STRAUSS HAUER & FIELD LLP
    590 Madison Avenue
    New York, NY  10022-2524
    Telephone:   (212) 872-1000
    Facsimile:    (212) 872-1002
    Michael S. Stamer
    Lisa G. Beckerman
    Philip C. Dublin
    Shaya Rochester

- **Official Committee of Equity Security Holders**

    FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
    One New York Plaza
    New York, NY  10004
    Telephone:   (212) 859-8000
    Facsimile:    (212) 859-4000
    Brad Eric Scheler
    Gary Kaplan
    Michael de Leeuw
    Adrian Feldman

**ADDITIONAL PARTIES PERTINENT TO APPEAL**

- **Aristeia Capital, L.L.C., Aurelius Capital Management, LP, Drawbridge Special Opportunities Advisors LLC, Ore Hill Hub Fund Ltd., Nisswa Master Fund Ltd., Pines Edge Value Investors Ltd., Pines Edge Value Investors L.P., Silver Sands Fund LLC, Stark Master Fund Ltd. and 3V Capital Management, LLC**

    MILBANK, TWEED, HADLEY & MCCLOY LLP
    One Chase Manhattan Plaza
    New York, NY  10005
    Telephone:   (212) 530-5000
    Facsimile:    (212) 530-5219
    Dennis F. Dunne (DD 7543)
    Matthew S. Barr (MB 9170)
    Andrew M. Leblanc (*pro hac vice*)

STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:    (310) 228-5600
Facsimile:    (310) 228-5788
Isaac M. Pachulski (*pro hac vice*)
Eric D. Winston (*pro hac vice*)
Whitman L. Holt (*pro hac vice*)

- **Manufacturers & Traders Trust Company, as Indenture Trustee**

    YOUNG CONWAY STARGATT & TAYLOR, LLP
    The Brandywine Building
    1000 West Street
    17th Floor
    Wilmington, DE 19801
    Telephone:    (302) 571-6724
    Facsimile:    (302) 576-3456
    Ian S. Fredericks

- **Brencourt Credit Opportunities Master, Ltd., Brencourt Multi-Strategy Enhanced Dedicated Fund, LP, Dillon Read U.S. Finance L.P., Dillon Read Financial Products Trading Ltd., Linden Capital L.P. and Ore Hill Hub Fund, Ltd.**

  STROOCK & STROOCK & LAVAN LLP
  180 Maiden Lane
  New York, NY 10038
  Telephone:   (212) 806-5400
  Facsimile:   (212) 806-6006
  Kristopher M. Hansen
  Erez Gilad

Dated: November 29, 2007

                              Respectfully submitted,

                              KELLEY DRYE & WARREN LLP

                              By: /s/ Sarah L. Reid
                              Sarah L. Reid
                              David E. Retter
                              Damon W. Suden
                              Jennifer A. Christian
                              101 Park Avenue
                              New York, NY 10178
                              Telephone:   (212) 808-7800
                              Facsimile:   (212) 808-7897

                              **Attorneys for HSBC Bank USA, N.A., as Indenture Trustee**