## **CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that on November 29, 2007, I caused true and correct copies of APPELLANTS' JOINT DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED to be sent to the parties listed on Exhibit A via FedEx next business day delivery and to the parties listed on Exhibit B via electronic mail.

Dated: November 29, 2007
       New York, New York

              **MILBANK, TWEED, HADLEY & M$^c$CLOY LLP**

              By:   /s/    Catherine J. Yu
                         Catherine J. Yu (CY1107)
                         One Chase Manhattan Plaza
                         New York, New York  10005
                         Telephone: (212) 530-5000
                         Facsimile: (212) 530-5219

EXHIBIT A

KIRKLAND & ELLIS LLP
Richard M. Cieri (RC-6062)
Marc Kieselstein (*pro hac vice*)
Edward O. Sassower (ES-5823)
M. Catherine Peshkin (MP-5400)
Citigroup Center
153 East 53rd Street
New York, NY 10022

AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer
Lisa Beckerman
Shaya Rochester
590 Madison Avenue
New York, NY 10022

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Gary Kaplan
One New York Plaza
New York, NY 10004

STUTMAN, TREISTER & GLATT
Isaac M. Pachulski
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Ian S. Fredericks
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

KELLEY DRYE & WARREN LLP
David Retter
Damon Suden
Jennifer A. Christian
101 Park Avenue
New York, NY  10178

STROOK & STROOK & LAVAN LLP
Kris Hansen
Erez Gilad
Patrick Diamond
180 Maiden Lane
New York, NY  10038

EXHIBIT B

afreeman@akingump.com; aqureshi@akinGump.com; dretter@kelleydrye.com; DSuden@kelleydrye.com; esassower@kirkland.com; feldmad@friedfrank.com; graysu@friedfrank.com; ifredericks@ycst.com; ipachulski@stutman.com; jchristian@kelleydrye.com; gary.kaplan@friedfrank.com; khansen@stroock.com; lbeckerman@akinGump.com; mkieselstein@kirkland.com; marianne.mortimer@friedfrank.com; msmith@ycst.com; mstamer@akingump.com; pdiamond@stroock.com; pdublin@akingump.com; shessler@kirkland.com; sreid@kelleydrye.com; wholt@stutman.com; ewinston@stutman.com; egilad@stroock.com; paul.schwartzberg@usdoj.gov; srochester@akingump.com; michael.deleeuw@friedfrank.com; cpeshkin@kirkland.com