SDNY
Hon. Koeltl
07-cv-8493

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
**Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500**

## MOTION INFORMATION STATEMENT

Caption (use short title)

Docket Number(s): ___07-5237-bk(L), 07-5241-bk, 07-5498-bk___   07-5381-bk

In re: Calpine Corporation

Motion for: Joint Motion for Voluntary Dismissal of Appeal

Set forth below precise, complete statement of relief sought:

The Appellants seek to voluntarily dismiss the appeals currently pending.

[STAMP: UNITED STATES COURT OF APPEALS FILED JAN 04 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]

**MOVING PARTY:** _____   **OPPOSING PARTY:** _____
- [ ] Plaintiff
- [ ] Defendant
- [x] Appellant/Petitioner
- [ ] Appellee/Respondent

**MOVING ATTORNEY:** Dennis Dunne on behalf of Aristeia Capital L.L.C. et al.; Sarah Reid on behalf of HSBC; Erez Gilad on behalf of Dillon Read U.S. Finance L.P. et. al.; Ian S. Fredericks on behalf of Manufacturers & Traders Trust Co.

**OPPOSING ATTORNEY [Name]:**

[name of attorney, with firm, address, phone number and e-mail]

[SEE BELOW]

[name of attorney, with firm, address, phone number and e-mail]

Court-Judge/Agency appealed from: United States District Court, Southern District of New York – Honorable John G. Koeltl

**Please check appropriate boxes:**

Has consent of opposing counsel:
  A. been sought?  [x] Yes  [ ] No
  B. been obtained?  [x] Yes  [ ] No

Is oral argument requested?  [ ] Yes  [x] No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [x] No
If yes, enter date_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  [ ] Yes  [ ] No

Has this relief been previously sought in this Court?  [ ] Yes  [ ] No

[Requested return date] and explanation of emergency:

Signature of Moving Attorney: _____
Date: January 4, 2008

Has service been effected?  [x] Yes  [ ] No
[Attach proof of service]

**ORDER** Joint motion for voluntary dismissal of appeals is granted.

IT IS HEREBY ORDERED THAT the motion is (GRANTED) DENIED.

Date: 1/10/08

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

By: Judy Pisnanont
Judy Pisnanont, Motions Staff Attorney

[STAMP: UNITED STATES COURT OF APPEALS FILED JAN 10 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

CERTIFIED: 2/8/08